UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-61527-CIV- ROSENBAUM/HUNT

JUAN A. MENDEZ and all others similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

vs.

GREENFIELD USA WHOLESALE, LLC
YEN LING LIU a/k/a JOHN WOOD

    Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 5, and hereby file Plaintiff's statement of claim and states as follows:

1. Period of overtime claim: July 15, 2010 through June 20, 2013[1]: 102 weeks plus last three weeks of employment.
2. Approximation of hours worked per a week: 80.
3. Average hourly wage: $12.50/hr.
4. Halftime overtime rate claimed: $6.25/hr.
5. Calculation of overtime wages owed: 40 hours a week multiplied $6.25/hr per overtime hour, multiplied by 102 weeks, equals $25,500.
6. Last three weeks of employment, 120 hours unpaid at the Federal Minimum Wage rate of $7.25/hr, equals: $870.
7. Last three weeks, 80 overtime hours claimed at the overtime rate of $10.87/hr ($7.25 X 1.5), equals: $869.60.
8. Total claim $27,239.60 ($25,500 + $870 + $869.60) multiplied by 2 as liquidated damages pursuant to 29 U.S.C. 216(b), equals **$54,479.20** plus reasonable fees and costs.

---

[1] Less 6 months in 2012 and less the months of January through April 2013.

1

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent CM/ECF to Timothy Maze Hartley, Esq., Hartley Law Offices, PLC, 800 DE 3rd Ave, Fourth Floor, Fort Lauderdale, Florida 33316 on this 13th day of August, 2013.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013